FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY** and Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSIDERATION DISTRICT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

On March 24, 2021, we ordered appellant Post Oak Clean Green, Inc. to show cause in writing why its appeal should not be dismissed for lack of jurisdiction. On April 8, 2021, Post Oak Clean Green, Inc. filed a response stating it had amended its notice of appeal to indicate that it sought to appeal the trial court's denial of appellant Texas Commission on Environmental Quality's plea to the jurisdiction under section 51.014(a)(8) of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) ("A person may appeal from an interlocutory appeal of a district court . . . that . . . grants or denies a plea to the jurisdiction by a governmental unit"). We conclude this response is sufficient. We therefore retain appellant Post Oak Clean Green, Inc.'s appeal on this court's docket.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court